PROB 12C
(7/93)

# United States District Court
## for
### District of New Jersey

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: David Cooper                                             Cr.: 92-00215-001

Name of Sentencing Judicial Officer: Honorable John C. Lifland, Sr. U.S. District Judge

Date of Original Sentence: 11/12/92

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 63 months imprisonment; 3years supervised release; $50 special assessment. Special condition of drug testing and/or treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/23/05

Assistant U.S. Attorney: Timothy J. McInnis                Defense Attorney: Barbara Donovan, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons and schedule a hearing when released from local custody

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On June 29, 2006, Cooper was arrested by the Newark, New Jersey Police Department and charged with possession of a controlled dangerous substance (2C:35-10); possession of a controlled dangerous substance with intent to distribute (2C:35-5); conspiracy (2C:5-2); and possession/distribution within 500 feet of a public housing facility (2C:35-7.1).<br><br>Cooper is presently incarcerated at the Essex County Jail on $30,000 bail. The above charges are pending Grand Jury action. |

PROB 12C - Page 2
David Cooper

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 07/26/06

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: _To be Set_.
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/31/06
Date